# EXHIBIT

## "I"

# LAW OFFICE OF STEVEN COHN, P.C.
One Old Country Road - Suite 420
Carle Place, New York 11514

Steven Cohn

Tel. No.: 516-294-6410
Fax No.: 516-294-0094

Susan E. Dantzig
Mitchell R. Goldklang
Alan S. Zigman
Jeffrey H. Weinberger
Peter Chatzinoff
Susan J. Bereche

September 14, 2017

## PAYOFF STATEMENT

D & G Construction Dean Gonzalez LLC
190 East Sunrise Highway
Freeport, New York 11520

Attn: Omar Wala Sr.

    Re:    Mortgagor: D & G Construction Dean Gonzalez LLC
                Mortgagee: Little Dae Enterprises Inc.
                Mortgaged Premises: 3778 Hewlett Avenue, Merrick, NY

Dear Mr. Wala:

The following represents a payoff statement in connection with the above premises. The payoff figures on the above captioned loan are good through and including **September 15, 2017**:

| | |
|---|---|
| Principal Balance | $100,000.00 |
| Interest from 07/07/16 thru 09/15/17 $44.44 per diem | $19,377.78 |
| Satisfaction Prep Fee | $150.00 |
| **TOTAL DUE** | **$119,527.78** |
| LESS ESCROW BEING HELD | -$8,000.00 |
| **TOTAL DUE** | **$111,527.78** |

Payoff funds must be in the form of an official bank check and payable to **Little Dae Enterprises Inc**.

Payoff figures are subject to change, kindly verify figures prior to paying off this loan. Please call 516-294-6410 ext. 14 for verification of payoff figures.

                        Very truly yours,
                        *Steven Cohn, P.C.*

                        **By: Kathi Ward**